# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   17−10719−BFK
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Adriana Toro
aka Adriana Betancourt
8095 Paper Birch Drive
Lorton, VA 22079

Sean Patrick Toro
8095 Paper Birch Drive
Lorton, VA 22079

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−5350                    Joint Debtor:  xxx−xx−3418

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA                            Joint Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on May 1, 2017 dismissing the above−captioned case.

Dated:  May 1, 2017                        For the Court,

                                           William C. Redden, Clerk
[VAN015vDec2009.jsp]                       United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-10719-BFK
Adriana Toro                                                              Chapter 13
Sean Patrick Toro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: chandlerk          Page 1 of 2                Date Rcvd: May 01, 2017
                             Form ID: VAN015          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db/jdb       +Adriana Toro,    Sean Patrick Toro,    8095 Paper Birch Drive,    Lorton, VA 22079-5655
cr           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13788270     +Alexandria Lake Ridge Ped.,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
13788271     +All Pediatrics,    1500 N. Beauregard St., #210,    Alexandria, VA 22311-1715
13788272      Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
13788275     +Aurora Diagnostics,    P.O. Box 13508,    Greensboro, NC 27415-3508
13788277     +Bestpractices,    P.O. Box 75567,    Baltimore, MD 21275-5567
13788282     +CEHA,    P.O. Box 123,    Burke, VA 22009-0123
13788285     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
13788287     +County of Fairfax,    Dept. of Tax Administration,    P.O. Box 10200,    Fairfax, VA 22035-0200
13788288     +DC Treasurer,    PO Box 2014,    Washington, DC 20013-2014
13788289     +Delaware EZ Pass Violations,    P.O. Box 697,    Dover, DE 19903-0697
13788291     +Fairfax Water,    8570 Executive Park Avenue,    Fairfax, VA 22031-2218
13788293     +Inova,    P.O. Box 37013,    Baltimore, MD 21297-3013
13788294     +Inova,    2990 Telestar Court,    Falls Church, VA 22042-1207
13788297     +JP Recovery,    P.O. Box 1022,    Wixom, MI 48393-1022
13788298     +LES,    P.O. Box 2182,    Milwaukee, WI 53201-2182
13788300     +Maryland Transportation Auth.,    P.O. Box 17600,    Baltimore, MD 21297-1600
13788301     +Medical Faculty Associates,    P.O. Box 37056,    Baltimore, MD 21297-3056
13788302      Mercedes-Benz Financial,    2050 Roanoke Road,    Roanoke, TX 76262-9616
13788303     +Nationwide Credit Corp,    5503 Cherokee Ave., S,    Alexandria, VA 22312-2307
13788304     +Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13788308     +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,    Milwaukee, WI 53203-1907
13788309     +Professional Acct. Mgmt.,    P.O. Box 37038,    Washington, DC 20013-7038
13788312     +State of Maryland,    Comptroller of the Treasury,    300 W. Preston St., Room 404,
              Baltimore, MD 21201-2308
13788316     +Transurban Operations,    c/o LES, LLC - 495/95 Express,    P.O. Box  22147,
              Alexandria, VA 22304-0854
13788318     +Viking Collection,    P.O. Box 1022,    Wixom, MI 48393-1022
13788319     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13788321     +Zwicker & Associates,    948 Clopper Road, 2nd Floor,    Gaithersburg, MD 20878-1366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13788273     +E-mail/Text: BANKRUPTCY@INOVA.ORG May 02 2017 04:01:13      AMCB,    P.O.Box 37019,
              Baltimore, MD 21297-3019
13811590      EDI: GMACFS.COM May 02 2017 03:53:00      Ally Financial,    PO Box 130424,
              Roseville MN 55113-0004
13788274     +EDI: AMEREXPR.COM May 02 2017 03:53:00      Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
13788278      EDI: BMW.COM May 02 2017 03:53:00      Bmw Financial Services,    Attn: Bankruptcy Department,
              Po Box 3608,    Dublin, OH 43016-0000
13788276     +EDI: BANKAMER.COM May 02 2017 03:53:00      Bank Of America,    Nc4-102-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
13788279     +E-mail/Text: cms-bk@cms-collect.com May 02 2017 04:01:03      Capital Management Services,
              726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
13788280     +EDI: CAPITALONE.COM May 02 2017 03:53:00      Capital One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
13788283     +EDI: CHASE.COM May 02 2017 03:53:00      Chase,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
13788284     +EDI: CITICORP.COM May 02 2017 03:53:00      Citibank,    P.O. Box 6500,
              Sioux Falls, SD 57117-6500
13788286     +EDI: WFNNB.COM May 02 2017 03:53:00      Comenitycapital/yrtui,    Po Box 182125,
              Columbus, OH 43218-2125
13788290     +EDI: DISCOVER.COM May 02 2017 03:53:00      Discover Financial,    Attn: Bankruptcy,
              Po Box 3025,    New Albany, OH 43054-3025
13788292     +EDI: FSAE.COM May 02 2017 03:53:00      Firstsource Advantage,    205 Bryant Woods South,
              Buffalo, NY 14228-3609
13788296      EDI: IRS.COM May 02 2017 03:53:00      Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA 19114-0326
13788295      E-mail/Text: BANKRUPTCY@INOVA.ORG May 02 2017 04:01:13      Inova Alexandria Hospital,
              P.O. Box 37022,    Baltimore, MD 21297-3022
13788299     +EDI: LTDFINANCIAL.COM May 02 2017 03:53:00      LTD Financial,    7322 Southwest Freeway,#1600,
              Houston, TX 77074-2134
13788305     +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov May 02 2017 04:01:10      Office of the U.S. Trustee,
              115 South Union St., Ste. 210,    Alexandria, VA 22314-3361
13788307      EDI: PRA.COM May 02 2017 03:53:00      Portfolio Recovery,    120 Corporate Blvd., Ste. 100,
              Norfolk, VA 23502-0000
13788306      EDI: PRA.COM May 02 2017 03:53:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541-0000
13788310     +E-mail/Text: bankruptcy@prosper.com May 02 2017 04:01:40      Prosper Marketplace Inc,
              Po Box 396081,    San Francisco, CA 94139-6081
```

District/off: 0422-9          User: chandlerk          Page 2 of 2          Date Rcvd: May 01, 2017
                             Form ID: VAN015           Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13788697     +EDI: RMSC.COM May 02 2017 03:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
13788313     +EDI: RMSC.COM May 02 2017 03:53:00     Synchrony Bank/Banana Republic,   Attn: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
13788314     +EDI: RMSC.COM May 02 2017 03:53:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
13788315     +EDI: CHRYSLER.COM May 02 2017 03:53:00     TD Bank,   P.O. Box 9001921,
              Louisville, KY 40290-1921
13788317     +EDI: URSI.COM May 02 2017 03:53:00     United Recovery,   P.O. Box 722929,
              Houston, TX 77272-2929
13788320     +EDI: WFFC.COM May 02 2017 03:53:00     Wells Fargo Home Mtg,
              Written Correspondence Resolutions,   Mac#X2302-04e Po Box 10335,   Des Moines, IA 50306-0335
                                                                                         TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13788281     ##+Capital One Mortgage,   6151 Chevy Chase Drive,   Laurel, MD 20707-2918
13788311     ##+Sarah Collins, Esq.,   McCalla Raymer, LLC,   225 E. Robinson St., Ste. 660,
              Orlando, FL 32801-4321
                                                                       TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Joseph A. Guzinski   on behalf of U.S. Trustee Judy A. Robbins, 11 joseph.a.guzinski@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
              Nathan A. Fisher   on behalf of Joint Debtor Sean Patrick Toro Fbarsad@cs.com,   barsad@aol.com
              Nathan A. Fisher   on behalf of Debtor Adriana  Toro Fbarsad@cs.com,   barsad@aol.com
              Thomas P. Gorman   ch13alex@gmail.com, tgorman26@gmail.com
                                                                                         TOTAL: 5